PAMELA TSAO (SBN: 266734)
ASCENSION LAW GROUP
17802 Irvine Blvd.
Suite A117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff STEPHEN TURNER

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TURNER, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SHERRY G PERALES, an individual;<br><br>　　　　Defendants. | Case No.: 8:17-cv-01108-DOC (KSx)<br><br>**JUDGMENT FOR PLAINTIFF STEPHEN TURNER AGAINST DEFENDANT SHERRY G PERALES**<br><br>[Hon. David O. Carter *presiding*] |

# ORDER

On January 12, 2018, the Court entered an order granting plaintiff Stephen Turner's ("Plaintiff") motion for default judgment against Sherry G. Perales ("Defendant").

Consequently,

**IT IS ORDERED AND ADJUDGED**

1. That Plaintiff recover $4,000.00 in statutory damages under the Unruh Civil Rights Act from Defendant;
2. That Plaintiff recover $600.00 in attorney's fees from Defendant;
3. That Plaintiff recover $460.00 in costs from Defendant;
4. That Defendant is enjoined to ensure that accessible barriers at the Property 211 E IMPERIAL HWY, LA HABRA, CA (the "Property") are removed and/or corrected in accordance with the Court's January 12, 2018 Order, including but not limited to ensuring that restaurant seating at the Property is accessible;
5. That the action be, and is hereby dismissed.

Dated: January 31, 2018

Hon. David O. Carter
District Court Judge